```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11
```

ENGELMAYER, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STARR INTERNATIONAL COMPANY, INC.,            :
INDIVIDUALLY AND DERIVATIVELY ON              :   No. 11 Civ. 8422 (PAE)
BEHALF OF AMERICAN INTERNATIONAL              :
GROUP, INC.,                                  :
                                              :
                 Plaintiff,                   :
                                              :
      - against -                             :
                                              :
FEDERAL RESERVE BANK OF NEW YORK,             :
                                              :
                 Defendant,                   :
                                              :
      - and -                                 :
                                              :
AMERICAN INTERNATIONAL GROUP, INC., a         :
Delaware corporation,                         :
                                              :
                 Nominal Defendant.           :

------------------------------------------------------------x

## STIPULATION AND PROPOSED ORDER

WHEREAS plaintiff Starr International Company, Inc. ("Starr") has filed this action on behalf of itself and derivatively on behalf of nominal defendant American International Group, Inc. ("AIG") against the Federal Reserve Bank of New York (the "FRBNY");

WHEREAS this Court, upon defendant the FRBNY's request, has enlarged FRBNY's time to answer or otherwise respond to the Complaint in this action to and including January 20, 2012;

THEREFORE, IT IS HEREBY STIPULATED that the time within which nominal defendant AIG must answer, move or otherwise respond to the Complaint in this

action is enlarged from December 13, 2011 to and including January 20, 2012. No previous requests for adjournments or extensions of time have been made by AIG.

Dated: New York, New York
December 13, 2011

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Robert J Dwyer
David Boies
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax (914) 749-8300
Email: dboies@bsfllp.com

Robert J. Dwyer
Nicholas A. Gravante Jr.
Duane L. Loft
Julia C. Hamilton
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300

Samuel C. Kaplan
5301 Wisconsin Avenue, NW
Washington, DC 20015
Tel: (202) 237-2727

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John L. Gardiner
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Attorneys for Plaintiff Starr International Company, Inc.

WEIL, GOTSHAL & MANGES LLP

By: /s/ Stephen A Radin
Joseph S. Allerhand
Stephen A. Radin
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Email: joseph.allerhand@weil.com
Email: stephen.radin@weil.com

Attorneys for Nominal Defendant
American International Group, Inc.

SO ORDERED:

/s/ Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

December 14, 2011
New York, NY