UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| STARR INTERNATIONAL COMPANY, INC., INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF AMERICAN INTERNATIONAL GROUP, INC., | : : : : : | 11 Civ. 8422 |
| Plaintiff, | : : | |
| -against- | : : | **RULE 7.1 DISCLOSURE** |
| FEDERAL RESERVE BANK OF NEW YORK, | : : | **STATEMENT OF DEFENDANT FEDERAL RESERVE BANK OF** |
| Defendant, | : : | **NEW YORK** |
| and AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, | : : : | |
| Nominal Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the Court to evaluate possible disqualification or recusal, Defendant Federal Reserve Bank of New York ("New York Fed"), by its undersigned counsel, states that it is a corporation chartered under the laws of the United States pursuant to the Federal Reserve Act of 1913, 12 U.S.C. § 221 *et seq*. The New York Fed, a corporate instrumentality of the United States government, has no parent company, nor does it have any publicly owned subsidiaries or affiliates.

Although stock of the New York Fed is owned by member commercial banks within the Second Federal Reserve District, none of the stockholders control the New York Fed. Stock of Federal Reserve Banks, unlike stock in a private corporation, is not acquired for investment purposes or for purposes of control. Rather, such stock is acquired because its ownership is a condition of membership in the Federal Reserve System. Unlike owners of a private corporation,

Federal Reserve Bank stockholders do not possess a residual equity interest in Reserve Bank assets. That residual interest remains always with the United States.

**DEBEVOISE & PLIMPTON LLP**

Dated:  January 20, 2012                         /s/ John S. Kiernan

                                            John S. Kiernan (JK2430) (jskiernan@debevoise.com)
Gary W. Kubek (GK1739) (gwkubek@debevoise.com)
Maeve O'Connor (MO6332) (moconnor@debevoise.com)
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212)909-6836

*Attorneys for Defendant Federal Reserve Bank of New York*