UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF AMERICAN INTERNATIONAL GROUP, INC., <br><br>Plaintiff,<br><br>-against-<br><br>FEDERAL RESERVE BANK OF NEW YORK,<br><br>Defendant,<br><br>and AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>Nominal Defendant. | 11 Civ. 8422 (PAE)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Defendant Federal Reserve Bank of New York appears in the case captioned above by its counsel, Gary W. Kubek of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:  February 1, 2012
      New York, New York

/s/ Gary w. Kubek

Gary W. Kubek
(gwkubek@debevoise.com)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Phone: (212) 909-6000
Fax: (212)909-6836

*Attorney for Defendant Federal Reserve Bank of New York*