UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and derivatively on behalf of American International Group, Inc.*,

                              Plaintiff,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

                              Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                          Nominal defendant.

------------------------------------------------------------X

11 Civ. 8422 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received three letters in this case, dated February 24, 2012, February 28, 2012, and February 29, 2012, regarding a stipulation whereby nominal defendant American International Group's ("AIG") time to answer, move, or otherwise respond to the amended complaint is enlarged to 20 days following the filing of an answer by defendant the Federal Reserve Bank of New York ("FRBNY").

      Defendant FRBNY did not consent to this stipulation, but noted in its letter that it "does not object to the proposed extension so long as Starr is precluded from contending that the postponement of AIG's time to respond to the complaint constitutes tacit approval by AIG of Starr's failure to make demand." FRBNY Ltr. 1.

      Plaintiff Starr International Co., by letter dated February 29, 2012, has represented to the Court that it "agrees that it will not contend 'that the postponement of AIG's time to respond to the complaint constitutes tacit approval by AIG of Starr's failure to make a demand.'" Starr Ltr. 1. Thus, there no longer appears to be any dispute over the proposed stipulation, and the Court will endorse it.

      SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: March 9, 2012
       New York, New York