UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and derivatively on behalf of American International Group, Inc.*,

                                Plaintiff,

    -v-

FEDERAL RESERVE BANK OF NEW YORK,

                                Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                              Nominal defendant.

------------------------------------------------------------------X

11 Civ. 8422 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       The Court has received a joint letter, dated March 23, 2012, requesting leave to submit briefs on defendant FRBNY's imminent motion to dismiss in excess of the length prescribed by this Court's Individual Rules and Practices and the Local Rules of the Southern District of New York. The parties seek to submit principal briefs of 50 pages, and FRBNY seeks to submit a reply brief of 25 pages. The application is GRANTED. The parties may file principal briefs of 50 pages each, and FRBNY may file a reply of 25 pages.

       SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: March 27, 2012
       New York, New York