JOHN S. KIERNAN
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

Attorneys for Federal Reserve Bank of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF AMERICAN INTERNATIONAL GROUP, INC., <br><br>    Plaintiff,<br><br>    -against-<br><br>FEDERAL RESERVE BANK OF NEW YORK,<br><br>    Defendant,<br><br>and AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation,<br><br>    Nominal Defendant. | 11 Civ. 8422 (PAE)<br><br>ECF Case<br><br>NOTICE OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of John S. Kiernan, executed on April 2, 2012, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Defendant Federal Reserve Bank of New York, hereby move this Court for an order dismissing Plaintiff's amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction of the purported takings claims, 12(b)(6) for failure to state a claim upon which relief can be granted, and 23.1(b)(3) for failure to plead with

particularity that the requirements to maintain a derivative action were met, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       April 2, 2012

Of Counsel:

Gary W. Kubek
Maeve O'Connor
Nicholas C. Tompkins
David B. Noland

Thomas C. Baxter, Jr.
Shari Leventhal
Meghan McCurdy
*Federal Reserve Bank of New York*

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:        /s/ John S. Kiernan
              John S. Kiernan

919 Third Avenue
New York, New York  10022
(212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendant Federal Reserve Bank of New York*