UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and derivatively on behalf of American International Group, Inc.*,

                      Plaintiff,

                -v-

FEDERAL RESERVE BANK OF NEW YORK,

                      Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                      Nominal defendant.

------------------------------------------------------------------------X

11 Civ. 8422 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Oral argument on FRBNY's motion to dismiss is hereby set for July 25, 2012 at 10:00am in Courtroom 18C of the United States Courthouse, 500 Pearl St., New York, New York 10007.

    SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: July 10, 2012
       New York, New York