```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and derivatively on behalf of American International Group, Inc.*,

                              Plaintiff,

-v-

FEDERAL RESERVE BANK OF NEW YORK,

                              Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                              Nominal defendant.

------------------------------------------------------------------X

11 Civ. 8422 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Oral argument on FRBNY's motion to dismiss is rescheduled for July 26, 2012 at 2:00 pm in Courtroom 18C of the United States Courthouse, 500 Pearl St., New York, New York 10007.

      SO ORDERED.

*/s/ Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 16, 2012
       New York, New York