DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**John S. Kiernan**
Partner
Tel 212 909 6692
Fax 212 521 7692
jskiernan@debevoise.com

[RECEIVED JUL 17 2012 PAUL A. ENGELMAYER UNITED STATES DISTRICT JUDGE]

[USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/12]

July 16, 2012



MEMO ENDORSED

By Hand

The Honorable Paul A. Engelmayer
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 670
New York, NY 10007-1312

**Starr International Company, Inc. v.
Federal Reserve Bank of New York,
No. 11-cv-8422 (PAE)**

Dear Judge Engelmayer:

On July 11, plaintiff Starr International Company, Inc. ("Starr") submitted to the Court, in connection with the pending motion to dismiss in this action, the opinion of the Court of Federal Claims in *Starr v. United States*, No. 11-779C, denying the United States' motion to dismiss. The parties jointly believe it may be helpful to the Court in considering the pending motion to dismiss this case, and may streamline oral argument of that motion, if the parties could each submit brief comments in writing addressing the Court of Federal Claims decision. We propose that the parties simultaneously submit to the Court and exchange with each other, at 5:00 P.M. on Friday, July 20, 2012, letter briefs of no more than 3 single-spaced pages addressing this subject.

Respectfully yours,

/s/ John S. Kiernan
John S. Kiernan

cc: Joseph S. Allerhand, Esq., Weil, Gotshal & Manges LLP
(Counsel for American International Group, Inc.) (By Email)

Robert J. Dwyer, Esq., Boies, Schiller & Flexner LLP
(Counsel for Starr International Company, Inc.) (By Email)

Application GRANTED.

SO ORDERED:

/s/ Paul A. Engelmayer
Paul A. Engelmayer, U.S.D.J.
7/16/12

23703695v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai