UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and derivatively on behalf of American International Group, Inc.*,

                               Plaintiff,

      -v-

FEDERAL RESERVE BANK OF NEW YORK,

                               Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                               Nominal defendant.

------------------------------------------------------------X

11 Civ. 8422 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/12

PAUL A. ENGELMAYER, District Judge:

      At oral argument on July 23, 2012, counsel for defendant Federal Reserve Bank of New York represented that the Board of nominal defendant American International Group had approved the Maiden Lane III ("ML III") transaction. Oral Arg. Tr. 38–40. Counsel for plaintiff Starr International Company Inc. stated that he believed that "the [AIG] board would have had to" approve that transaction, but that he did not know the answer to that question. *Id.* at 77. Starr's counsel also stated that he would not dispute the fact of the Board's approval if presented with documentary proof. *Id.* at 78 ("If [AIG] will send me the board approval, I will send a letter accepting that."). Towards the end of argument, the Court asked counsel to confirm whether AIGs board had, in fact, approved ML III. *Id.* at 102. The Court stated that AIG appeared to be in the best position to do this, but a review of the transcript reveals that, although the directive was implicit, the Court did not explicitly task counsel for AIG with doing so.

[1]

[2]

A review of the docket in this case reveals that no counsel has responded in writing to the Court's request at oral argument. The Court directs counsel for AIG to submit, by the close of business on Wednesday, October 31, 2012, a letter stating whether AIG's Board approved the ML III transaction, and, if so, to attach a document or documents sufficient to substantiate the fact of such approval. With this order, the Court is not inviting legal briefing from any party.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 26, 2012
       New York, New York