UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

STARR INTERNATIONAL CO., *individually and
derivatively on behalf of American International Group,
Inc.*,

                                        Plaintiff,

                    -v-

FEDERAL RESERVE BANK OF NEW YORK,

                                        Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,

                                        Nominal defendant.

------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Nov. 6, 2012
```

11 Civ. 8422 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This order memorializes communications between the Court and counsel in the immediate aftermath of Hurricane Sandy, when the Court's formal docketing system was not functioning.

In an order dated October 26, 2012, this Court had directed counsel for nominal defendant American International Group, Inc. (AIG) to submit a letter stating whether AIG's Board had approved the ML III transaction, and if so, to attach a document or documents sufficient to substantiate the fact of such approval. On October 31, 2012, AIG submitted a letter responding to that request and attaching AIG Board minutes from November 9, 2008.

On November 1, 2012, the Court received by email a request from counsel for plaintiff Starr International Co., asking permission to submit a letter in response to AIG's submission. The Court advised counsel by email that that request was granted. On November 1, 2012, the Court received Starr's letter. On November 6, 2012, the Court received by email a request from

counsel for defendant Federal Reserve Bank of New York, asking permission to submit a letter in response to Starr's November 1 letter. The Court advised counsel by email that that request was also granted.

The Court will arrange for the docketing of AIG's letter (but, at AIG's unopposed request, will not publicly file the Board minutes attached to it, pending the parties' negotiation of an appropriate confidentiality order). The Court will also arrange for the docketing of Starr's letter and Federal Reserve Bank of New York's letter.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 6, 2012
       New York, New York