USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STARR INTERNATIONAL CO., individually and
derivatively on behalf of American International
Group, Inc.,

                Plaintiff,

-against-

FEDERAL RESERVE BANK OF NEW YORK,
                Defendant,

AMERICAN INTERNATIONAL GROUP, INC.,
                Nominal defendant.
-----------------------------------------------------------X

11 CIVIL 8422 (PAE)

**JUDGMENT**

      FRBNY having moved to dismiss Starr's Amended Complaint, on various grounds, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on November 19, 2012, having rendered its Opinion and Order granting FRBNY's motion to dismiss the Amended Complaint in its entirety and dismissing all of Starr's claims with prejudice, with the exception of Starr's takings claim, which was withdrawn, and which is therefore dismissed without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2012, FRBNY's motion to dismiss the Amended Complaint is granted in its entirety; all of Starr's claims are dismissed with prejudice, with the exception of Starr's takings claim, which was withdrawn, and which is therefore dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        November 19, 2012

                                            **RUBY J. KRAJICK**

                                                Clerk of Court

                          BY:

                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____