UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Starr International Company, Inc. et al

                         Plaintiff,

    -against-
Federal Reserve Bank of New York et al

                        Defendant.
-------------------------------------------------------

Case No.   1:11-cv-08422

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X]   I have cases pending      [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                      Duane L. Loft
              FILL IN ATTORNEY NAME

My SDNY Bar Number is: DL0896     My State Bar Number is 4397733

I am,
[X]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:   Cravath, Swaine & Moore LLP
            FIRM ADDRESS:   825 Eighth Avenue, New York, NY 10019
            FIRM TELEPHONE NUMBER:   212 474 1000
            FIRM FAX NUMBER:   212 474 3700

NEW FIRM:   FIRM NAME:   Boies, Schiller & Flexner LLP
            FIRM ADDRESS:   575 Lexington Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER:   212 446 2300
            FIRM FAX NUMBER:   212 446 2350

[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  11/28/12                                 _____
                                                            ATTORNEY'S SIGNATURE