UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STARR INTERNATIONAL COMPANY,
INC., individually and on behalf of American
International Group, Inc.,

                    Plaintiff,         No. 11-cv-8422 (PAE)

    - against -

FEDERAL RESERVE BANK OF NEW      **ECF Case**
YORK,

                    Defendant,

and AMERICAN INTERNATIONAL
GROUP, INC., a Delaware corporation,

                    Nominal
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

      Notice is hereby given that plaintiff Starr International Company, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 19th day of November, 2012 (Dkt. No. 40, attached as Exhibit A hereto).

      The Court's Judgment, from which this appeal is taken, disposed of the entirety of Starr International Company, Inc.'s Verified Amended Complaint based upon the Court's Opinion & Order dated November 19th, 2012 (Dkt. No. 39, attached as Exhibit B hereto) granting Defendant Federal Reserve Bank of New York's motion to dismiss.

| | |
|---|---|
| Dated: New York, New York<br>December 19, 2012 | BOIES, SCHILLER & FLEXNER LLP<br><br>By:   /s/ David Boies<br>David Boies<br>333 Main Street<br>Armonk, NY 10504<br>Tel. (914) 749-8200<br>Fax (914) 749-8300<br>Email: dboies@bsfllp.com<br><br>Robert J. Dwyer<br>Julia C. Hamilton<br>Luke Thara<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-2300<br><br>Hamish P. M. Hume<br>Samuel C. Kaplan<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>John L. Gardiner<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br><br>*Attorneys for Plaintiff Starr International Company, Inc.* |